**ROBERT MARINELLI**
ATTORNEY AT LAW
305 BROADWAY, 9TH FLOOR
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

January 21, 2016

**BY ECF**
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Cooper v. City of New York, et al.*, 14-CV-1761 (RJD)(RML)

Dear Judge Levy:

I represent the Plaintiff in the above matter and I write to request that the relief requested in Plaintiffs' letter motion of January 8, 2016 be granted as unopposed.

Following the Court's January 7 Telephone Conference with the Parties, Plaintiff filed a motion requesting certain additional relief. On January 8, 2016, the Court stated that it would hold its decision on that motion in abeyance pending Defendants' response. Defendants have yet to respond.

Your Honor's Individual Rules state that Parties should follow Local Civil Rules 37.3 and 6.4 when litigating discovery motions. Local Civil Rule 37.3(c) states that Defendants, if they wished to oppose Plaintiff's motion, were permitted four days from receipt of Plaintiff's motion to submit a responsive letter. According to Local Civil Rule 6.4's guidance on the computation of time, at this writing fourteen (14) days have passed since Plaintiff filed his motion and Defendants have neither responded nor requested extra time. Accordingly, Plaintiff requests that his motion be granted as unopposed.

Thank you for your kind consideration.

Respectfully submitted,

/s

Robert Marinelli

Att.
cc: Tobias Zimmerman, ACC (By ECF)