# EXHIBIT A

## GENERAL RELEASE

KNOW THAT I, ROBERT COOPER, date of birth ▇▇ /▇▇/ 91, Social Security No ▇▇▇▇▇▇▇▇▇, plaintiff in the action entitled Robert Cooper v. City of New York, et al., 13 CV 325 (JG)(RER), in consideration of the payment of Six Thousand Five Hundred ($6,500) Dollars to me by the City of New York, do hereby release and discharge the defendants, City of New York, Police Officer Michael Santaniello and the individuals named herein as "John and Jane Doe 1 through 10"; their successors or assigns; and all past and present officials, employees, representatives and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all liability, claims, or rights of action alleging a violation of my civil rights and any and all related state law claims, from the beginning of the world to the date of this General Release, including claims for costs, expenses, and attorneys' fees.

**IN FURTHER CONSIDERATION** of the payment set forth above, ROBERT COOPER hereby waives, releases and forever discharges defendants The City of New York, Police Officer Michael Santaniello and the individuals named herein as "John and Jane Doe 1 through 10" from any and all claims, known or unknown, past and/or future conditional payments, arising out of Robert Cooper's Medicare eligibility and receipt of Medicare benefits related to the claimed injury in this matter and/or arising out of the provision of primary payment (or appropriate reimbursement) including causes of action pursuant to 42 U.S.C. §1395y(b)(3)A of the Medicare, Medicaid and SCHIP Extension Act of 2007.

This Release may not be changed orally.

THE UNDERSIGNED HAS READ THE FOREGOING RELEASE AND FULLY UNDERSTANDS IT.

IN WITNESS WHEREOF, I have executed this Release this 9th day of September, 2013.

_Robert Cooper_
ROBERT COOPER

STATE OF NY. COUNTY OF NY SS.:

On Sept. 9, 2013 before me personally came ROBERT COOPER to me known, and known to me to be the individual described in, and who executed the foregoing RELEASE, and duly acknowledged to me that she executed the same.

NOTARY PUBLIC

ROBERT J. MARINELLI
NOTARY PUBLIC-STATE OF NEW YORK
No. 02MA6220272
Qualified In New York County
My Commission Expires April 12, 2014

2