# ROBERT MARINELLI
ATTORNEY AT LAW
305 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

August 25, 2017

**VIA ECF**
Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Cooper. v. City of New York, et al.*, 14 CV 1761 (RJD)(RML)

Your Honor:

I represent the plaintiff in the above-referenced matter. Plaintiff writes respectfully to request an extension of time to submit his opposition to defendants' motion for summary judgment from September 15 to October 16, 2017, and a revision of the current motion schedule. Plaintiffs' counsel requests the extension due to an increase in caseload and professional responsibilities. Defendants consent to the extension.

Therefore, we respectfully request that the motion schedule be revised as follows or as the Court deems appropriate:

1) Plaintiffs' opposition due October 16, 2017.

2) Defendants' reply due November 2, 2017.

I thank the Court for Your Honor's consideration of this request.

Yours truly,

/s/

Robert Marinelli

cc:   ACC Evan Brustein