# ROBERT MARINELLI
ATTORNEY AT LAW
305 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

October 16, 2017

**VIA ECF**
Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Cooper. v. City of New York, et al.*, 14-CV-1761 (RJD)(RML)

Your Honor:

    I represent the plaintiff and write to request an extension of two days to submit his opposition to defendants' motion for summary judgment. Plaintiff's response is currently due on October 16.

    Defendants consent and agree that their reply will remain due on November 2. Accordingly, there will be no change in the date the motion is fully briefed.

    I thank Your Honor for consideration of this request.

Yours truly,

/s/

Robert Marinelli

cc:   ACC Tobias Zimmerman