

| | | |
|---|---|---|
| **ZACHARY W. CARTER**<br>Corporation Counsel | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **EVAN BRUSTEIN**<br>phone: (212) 356-2651<br>fax: (212) 356-3509<br>ebrustei@law.nyc.gov |

October 11, 2018

**VIA ECF & HAND DELIVERY**
Honorable Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Robert Cooper v. City of New York, et al.
                14-CV-1761 (RJD) (RML)

Your Honor:

        I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to represent Defendants in the above-referenced matter. Defendants write with the consent of plaintiff's counsel, Robert Marinelli, Esq. to request an extension of time to move for reconsideration of the Court's summary judgment decision until 14 days after the memorandum of law is docketed on ECF.

        The reason for this request is that by Order dated October 3, 2018, the Court granted in part and denied in part Defendants' motion for summary judgment, but stated that a memorandum of law would follow. As the Court has yet to issue its memorandum of law, Defendants are unable to determine if a motion for reconsideration would be appropriate. Accordingly, Defendants respectfully request that the Court extend the time for the parties to move for reconsideration until 14 days after the Court issues its memorandum of law in connection with its summary judgment decision in this matter.

        Defendants thank the Court for its consideration herein.

        Respectfully submitted,

        /s/

        Evan Brustein
        *Senior Counsel*
        Special Federal Litigation Division

cc:    Robert Marinelli Esq. **(via ECF)**
       *Attorney for Plaintiff*