# ROBERT MARINELLI
### ATTORNEY AY LAW
### 305 BROADWAY, SUITE 1001
### NEW YORK, NEW YORK 10007
### (212) 822-1427
### Facsimile (212) 202-9646

October 16, 2018

**BY ECF**

Honorable Raymond J. Dearie
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Cooper v. City of New York, et al.*, 14-CV-1761 (RJD)(RML)

Your Honor:

      I represent plaintiff in this matter and write, with the consent of defendants, to respectfully request that plaintiff be granted until October 30, 2018 to move for reconsideration of Your Honor's Summary Judgment Order.[1]

      I thank Your Honor for consideration of this request.

                                               Yours truly,

                                               /s

                                             Robert Marinelli

---

[1] The Court's ruling was issued on October 3, 2018 and the associated memorandum was published earlier today,