UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT COOPER,<br><br>                                        Plaintiff,<br><br>- against –<br><br>THE CITY OF NEW YORK; et al.,<br><br>                                        Defendants. | **NOTICE OF WITHDRAWAL**<br><br>14-CV-1761 (RJD) (RML) |

**PLEASE TAKE NOTICE** that Evan Brustein, a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, respectfully withdraws the appearance on behalf of defendants City of New York, Michael Walsh, Jermaine Taylor, and Angelo Pizzaro.

**PLEASE TAKE FURTHER NOTICE** that Nicholas Manningham, an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York will continue to serve as counsel for defendants City of New York, Michael Walsh, Jermaine Taylor, and Angelo Pizzaro in this matter.

Dated:   New York, New York
             January 4, 2019

                                        ZACHARY W. CARTER
                                        Corporation Counsel of the City of New York
                                        *Attorney for Defendants*
                                        100 Church Street, Room 3-147
                                        New York, New York 10007
                                        (212) 356-2651
                                        ebrustei@law.nyc.gov

                        By:    /s/
                                        Evan Brustein
                                        Senior Counsel